UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DEANNA JADE BARNES                                                    Plaintiff

v.                                                      Civil Action No. 3:22Cv-64-RGJ

NULEASE MEDICAL SOLUTIONS, LLC                                        Defendant

* * * * *

**ORDER**

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 101], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

June 20, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record