IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DEANNA JADE BARNES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:22-cv-00064-RGJ-RSE |
| | ) |
| NULEASE MEDICAL SOLUTIONS, LLC | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER DISMISSING

The parties being in agreement as evidenced by the signatures of their respective counsel below, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that each and every claim asserted by Plaintiff Deanna Jade Barnes against Defendant NuLease Medical Solutions, LLC, and each and every counterclaim asserted by Defendant NuLease Medical Solutions, LLC against Plaintiff Deanna Jade Barnes, are herein **DISMISSED** with prejudice such that no claims remain asserted in this action against any party. Each party shall bear its own respective costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

August 7, 2025

Rebecca Grady Jennings, District Judge
United States District Court

HAVE SEEN AND AGREED:

*Robyn Smith*
Robyn Smith
Counsel for Plaintiff

*Hannah Wilson*
Hannah Wilson (*by permission RS*)
Counsel for Defendant